UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AZEAL G. WILSON
6405 MELLOW WINE WAY
COLUMBIA, MARYLAND 21044
301 596-9409

V

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
825 NORTH CAPITOL STREET, N.E.
9TH FLOOR
WASHINGTON, D.C. 20002

CASE NUMBER 1:06CV00108

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 01/20/2006

JURY ACTION

COMPLAINT

The District of Columbia Public Schools did not have an EEO office, therefore, I filed a charge of discrimination with the United States Equal Employment Opportunity Commission, Washington Field Office on January 27, 2000.

1

The United States Equal Employment Opportunity Commission issued a Determination on the merits of the subject charge filed under the Americans with Disabilities Act of 1990. All requirements for coverage have been met.

I allege that I have been discriminated against because of my disabilities and denied reasonable accommodation in retaliation for protesting discrimination.

Defendant denies my allegations.

The investigation revealed that the Defendant has failed to take timely and appropriate actions to reasonably accommodate the Plaintiff, a qualified individual with disabilities. The evidence shows that only after the Plaintiff filed an EEOC complaint, the Defendant did transfer the Plaintiff from Frank W. Ballou Senior High School to Eastern Senior High School as an accommodation to an office without carpet. The Plaintiff remains employed with the Defendant, however, the Plaintiff's situation has not improved and the Defendant continues to retaliate against the Plaintiff through continuous harassment in the forms of scrutinizing requested leave, denial of room assignment, negative performance evaluations, failing to

discuss accommodations in good faith, subjecting the Plaintiff to a fitness for duty examination, excessing the Plaintiff from her position as counselor and the carpet has not been removed from the Plaintiff's office to this present date.

The investigation revealed there is reasonable cause to believe that Defendant has denied the Plaintiff reasonable accommodation and subjected the Plaintiff to harassment in retaliation for protesting discrimination, in violation of the Americans with Disabilities Act of 1990. The Commission tried to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion. Having determined that there is reason to believe that a violation occurred, the Commission invited the parties to join with it in a collective effort toward a just resolution of this matter. When the Defendant declined to enter into settlement discussions, and the Commission's representative was unable to secure a settlement acceptable to the office Director, the Director informed the parties in writing and advised them of the court enforcement alternative available to the Plaintiff, aggrieved persons, and the Commission.

The Defendant was reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

The file was placed in the closed files at EEOC for ten months by mistake. The EEOC sent a letter dated November 23, 2004, stating that the file was being forwarded to the United States Department of Justice. The error was brought to light on June 16, 2005, when I called the United States Department of Justice regarding the status of my case. They had no record of the case. The United States Department of Justice started an investigation and the file was located in the closed files at the EEOC. The Acting Enforcement Supervisor at the EEOC called on June 29, 2005, to inform me that the file had been found. She called again on August 11, 2005, and stated that it was her fault that the file had not been sent to the United States Department of Justice. She stated that her Director had spoken to the Director of the Civil Rights Division, United States Department of Justice to inform him that the file was being sent by certified mail on August 11, 2005, so that the file could be tracked. The file was received at the United States Department of Justice on August 15, 2005.

I have my EEO file in my possession and it is available upon request.

Case 1:06-cv-00108-JR    Document 1    Filed 01/20/2006    Page 5 of 10

1. I am requesting monetary damages in the amount of $1,000,000.

2. I am requesting reimbursement of fees paid to my former attorney in the amount of $2,133.78. Bills will be presented upon request.

3. I am requesting reimbursement for an air conditioner that I had to purchase for my office. The air conditioner was $105.00.

4. I am requesting that any and all adverse actions placed in my personnel folder be removed.

5. I am requesting that the Defendant be ordered to cease and desist from any form of retaliation and harassment.

6. I am requesting that a handicapped space be allocated for each individual who is entitled to one plus a ten percent overage as required by law.

7. I am requesting reimbursement of any and all expenses incurred.

8. I am requesting a trial by jury.

*Azeal G. Wilson*

AZEAL G. WILSON
6405 MELLOW WINE WAY
COLUMBIA, MARYLAND 21044

U.S. Department of Justice

Civil Rights Division

---

DJ# 205-16-0

Disability Rights Section - NYA
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

OCT 21 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland  21044

    Re:  EEOC Charge Against:  DC Public Schools
          EEOC No.:  100-2000-00350
          DJ#:  205-16-0

Dear Ms. Wilson:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

    It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC.  <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 12117(a).

-2-

We are returning the files in this matter to EEOC's District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Dana R. Hutter
District Director
Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

Eugenia Esch
Attorney
Disability Rights Section

cc:
DC Public Schools

U.S. Department of Justice

Washington, D.C. 20530

Official Business
Penalty for Private Use $300

7001 2510 0007 8203 3474

Ms. Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland 21044

21044+6029-05 C058