UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON

v.                                             1:06CV00108    JR

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

AFFIDAVIT OF SERVICE

I, AZEAL G. WILSON, hereby declare that on the 20th of January 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the District of Columbia Public Schools. Attached hereto is the green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt:
- Article Addressed to: D.C. Public Schools, 825 North Capitol Street, N.E., 9th Floor, Wash. D.C. 20002
- Service Type: Certified Mail
- Article Number: 7002 2410 0001 0920 6420]

Azeal G. Wilson, Pro se
5 Mellow Wine Way
Columbia, Maryland 21044
596-9409