UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, : | |
|     Plaintiff, : | |
| v. : | Case No. 06-108 (JR) |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS, : | |
|     Defendant. : | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant District of Columbia Public Schools, by and through the Office of the Attorney General, respectfully moves this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) and (b)(7). As grounds for this motion, defendant asserts that the District of Columbia Public Schools is *non sui juris* and therefore this lawsuit should be dismissed. A memorandum in support of this motion is attached hereto.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        General Litigation Division

BY:    NICOLE L. LYNCH [471953]
        Chief, Section III
        General Litigation Division
        441 4th Street, N.W.
        Washington, DC 20001
        (202) 442-9848

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON,                       : | |
| : | |
| Plaintiff,                    : | |
| : | |
| v.                                     : | Case No. 06-108 (JR) |
| : | |
| DISTRICT OF COLUMBIA PUBLIC  : | |
| SCHOOLS,                               : | |
| : | |
| Defendant.                   : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, by and through undersigned counsel, submits this memorandum of points and authorities in support of his motion to dismiss:

1. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS IS *NON SUI JURIS* AND THEREFORE MUST BE DISMISSED.

The District of Columbia Public Schools is not an entity that may be sued. A governmental agency may neither sue nor be sued in the absence of a statutory provision to that effect. Blackmar v. Guerre, 342 U.S. 512 (1952). It is well established that an agency of the District of Columbia government is not suable in the absence of a statute making it amenable to suit. Trifax Corp. v. District of Columbia, 53 F. Supp.2d 20, 26 (D.D.C. 1999); Bridges v. Kelly, 977 F. Supp. 503, 506 n.4 (D.D.C. 1997); Fields v. District of Columbia, 789 F. Supp. 20, 22 (D.D.C. 1990); Zervas v. District of Columbia, 817 F. Supp. 148, 150 (D.D.C. 1993); Miller v. D.C. Bd. of Education, 106 F. Supp. 988 (D.D.C. 1952). As this Court has held, "[i]t is beyond peradventure that a 'noncorporate department or other body within a municipal corporation is not *sui juris*.'" Hinton v.

Metropolitan Police Department, 726 F. Supp. 875 (D. D.C. 1989), quoting Braxton v. National Capital Housing Authority, 396 A.2d 215, 216-17 (D.C. 1978).  See also Simmons v. D.C. Armory Bd., 656 A.2d 1155, 1156-57 (D.C. 1995); Group Health Association v. D.C. General Hospital, 540 A.2d 1101 (D.C. 1988); Ray v. District of Columbia, 535 A.2d 868, 870 n.2 (D.C. 1987); Miller v. Spencer, 330 A.2d 250, 251 n.1 (D.C. 1974); Dunmore v. District of Columbia, 662 A.2d 1356 (D.C. 1995); Roberson v. District of Columbia Bd. of Higher Education, 359 A.2d 28 (D.C. 1976).  As there is no legislation endowing the District of Columbia Public Schools with the capacity to sue or be sued, the District of Columbia Public Schools must be dismissed from this lawsuit.[1]

WHEREFORE, Defendant District of Columbia Public Schools respectfully requests that the complaint be dismissed with prejudice.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

BY:   NICOLE L. LYNCH [471953]
       Chief, Section III
       General Litigation Division
       441 4th Street, N.W.
       Washington, DC 20001
       (202) 442-9848

---

[1] The docket in this case does not reflect service upon the District of Columbia and the District of Columbia does not waiver service in this case.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON,  :  <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> DISTRICT OF COLUMBIA PUBLIC  : <br> SCHOOLS,  : <br> : <br> Defendant.  : | Case No. 06-108 (JR) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, Memorandum in Support, and any response thereto, it is by this Court, this _____ day of _____ 2006,

ORDERED that the motion be, and the same hereby is, GRANTED; and it is,

FURTHER ORDERED that the Complaint against Defendant District of Columbia Public Schools is hereby dismissed with prejudice.

                                                                                       Judge James Robertson

Copies to:

Nicole L. Lynch, Esq.

Azeal G. Wilson