CO-538
Rev.3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON )
　　　　Plaintiff(s) )
)
vs. )    Civil Action No. 1:06 CV 00108  JR
)
)
DISTRICT OF COLUMBIA PUBLIC SCHOOLS )
　　　　Defendant(s) )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __6TH__ day of __MARCH__, 19 _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) ___, DISTRICT OF COLUMBIA PUBLIC SCHOOLS

was [were]: [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
JANUARY 24, 2006                                                     ].

OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgement Form was signed by addressee);
                                                                     ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*Azeal G. Wilson, Pro se*
Attorney for Plaintiff(s)[signature]

Bar Id. Number