UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


AZEAL G. WILSON
6405 MELLOW WINE WAY
COLUMBIA, MARYLAND 21044
301 596-9409


V.                                                                  1:06CV00108-JR


DISTRICT OF COLUMBIA PUBLIC SCHOOLS
825 NORTH CAPITOL STREET, N.E.
9th FLOOR
WASHINGTON, D.C. 20002


MOTION FOR /ENTRY OF DEFAULT JUDGMENT


I am requesting that a default judgment be entered against the District of Columbia Public Schools in the amount of $1,000,000 plus costs. The defendant has failed to plead or otherwise defend.

Respectfully submitted,

*[signature: Azeal G. Wilson]*

Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044

RECEIVED
MAR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Azeal G. Wilson

v.                                              1:06CV00108   JR

District of Columbia Public Schools

CERTIFICATE OF SERVICE

I hereby certify that on the 6th of March 2006, a copy of the Motion for *ENTRY OF* Default Judgment was mailed to the defendant at the following address

        District of Columbia Public Schools
        825 North Capitol Street, N.E.
        9th Floor
        Washington, D.C. 20002

*Azeal G. Wilson* (signature)
Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044
301  596-9409