UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AZEAL G. WILSON, :
:
    Plaintiff, :
:
v. : Case No. 06-108 (JR)
:
DISTRICT OF COLUMBIA PUBLIC :
SCHOOLS, :
:
    Defendant. :

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On February 17, 2006, the defendant filed a motion to dismiss in this case. As such, plaintiff's motion for entry of default judgment, filed on March 6, 2006, should be denied.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        General Litigation Division

BY:    NICOLE L. LYNCH [471953]
        Chief, Section III
        General Litigation Division
        441 4th Street, N.W.
        Washington, DC 20001
        (202) 442-9848

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 13, 2006, a true and correct copy of the foregoing opposition will be sent by first-class mail, postage prepaid, to:

Azeal Wilson, Pro Se
6405 Mellow Wine Way
Columbia, MD 21044

_____
Nicole L. Lynch, Esq.
