UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland 21044
(301) 596-9409

      Plaintiff

v.                                                          Case No. 06-108(JR)

District of Columbia Government
Office of the Attorney General
General Litigation Division
441 4TH Street, N.W.
Washington, D.C. 20001

      Defendant

### PLAINTIFF'S MOTION FOR PERMISSION TO SERVE AMENDED COMPLAINT

The District of Columbia Public Schools is part of the District of Columbia Government. Plaintiff has good cause for an extension due to the fact that Plaintiff was not made aware of Defendant's Motion to Dismiss until Plaintiff filed for a Default Judgment. Plaintiff's EEOC file was placed in the closed files at the EEOC office for ten months by mistake. The EEOC

RECEIVED
MAY 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

sent a letter dated November 23, 2004, stating that the file was being forwarded to the United States Department of Justice. The error was brought to light on June 16, 2005, when Plaintiff called the United States Department of Justice regarding the status of the case. Plaintiff has been unable to secure an attorney. Plaintiff is still aggressively trying to hire an attorney. Plaintiff respectfully requests this Court grant permission to serve the amended complaint.

Respectfully submitted,

*Azeal G. Wilson*

Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland 21044
Pro se