UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


AZEAL G. WILSON
6405 MELLOW WINE WAY
COLUMBIA, MARYLAND 21044
301 596-9409


      V                                                       CASE NO. 06-108(JR)


DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF THE ATTORNEY GENERAL
GENERAL LITIGATION DIVISION
441 4TH STREET, N.W.
WASHINGTON, D.C. 20001


## AMENDED COMPLAINT

The District of Columbia Public Schools did not have an EEO office,

therefore, I filed a charge of discrimination with the United States

Equal Employment Opportunity Commission, Washington Field Office on

January 27, 2000.

discuss accommodations in good faith, subjecting the Plaintiff to a fitness for duty examination, excessing the Plaintiff from her position as counselor and the carpet has not been removed from the Plaintiff's office to this present date.

The investigation revealed there is reasonable cause to believe that Defendant has denied the Plaintiff reasonable accommodation and subjected the Plaintiff to harassment in retaliation for protesting discrimination, in violation of the Americans with Disabilities Act of 1990. The Commission tried to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion. Having determined that there is reason to believe that a violation occurred, the Commission invited the parties to join with it in a collective effort toward a just resolution of this matter. When the Defendant declined to enter into settlement discussions, and the Commission's representative was unable to secure a settlement acceptable to the office Director, the Director informed the parties in writing and advised them of the court enforcement alternative available to the Plaintiff, aggrieved persons, and the Commission.

The Defendant was reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

The file was placed in the closed files at EEOC for ten months by mistake. The EEOC sent a letter dated November 23, 2004, stating that the file was being forwarded to the United States Department of Justice. The error was brought to light on June 16, 2005, when I called the United States Department of Justice regarding the status of my case. They had no record of the case. The United States Department of Justice started an investigation and the file was located in the closed files at the EEOC. The Acting Enforcement Supervisor at the EEOC called on June 29, 2005, to inform me that the file had been found. She called again on August 11, 2005, and stated that it was her fault that the file had not been sent to the United States Department of Justice. She stated that her Director had spoken to the Director of the Civil Rights Division, United States Department of Justice to inform him that the file was being sent by certified mail on August 11, 2005, so that the file could be tracked. The file was received at the United States Department of Justice on August 15, 2005.

I have my EEO file in my possession and it is available upon request.

1. I am requesting monetary damages in the amount of $1,000,000.

2. I am requesting reimbursement of fees paid to my former attorney in the amount of $2,133.78. Bills will be presented upon request.

3. I am requesting reimbursement for an air conditioner that I had to purchase for my office. The air conditioner was $105.00.

4. I am requesting that any and all adverse actions placed in my personnel folder be removed.

5. I am requesting that the Defendant be ordered to cease and desist from any form of retaliation and harassment.

6. I am requesting that a handicapped space be allocated for each individual who is entitled to one plus a ten percent overage as required by law.

7. I am requesting reimbursement of any and all expenses incurred.

8. I am requesting a trial by jury.

*Azeal G. Wilson*
AZEAL G. WILSON, PRO SE
6405 MELLOW WINE WAY
COLUMBIA, MARYLAND 21044