**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AZEAL G. WILSON, :<br>:<br>    Plaintiff, :<br>:<br>  v. :<br>:<br>DISTRICT OF COLUMBIA PUBLIC :<br>SCHOOLS, :<br>:<br>    Defendant. : | Civil Action No. 06-0108 (JR) |

**ORDER**

Plaintiff's motion for extension of time to file amended complaint [7] is **granted**. The Court's (paperless) order of March 14, 2006, is **vacated** with respect to its dismissal of defendant District of Columbia Public Schools. Plaintiff may have until June 23, 2006, to file an amended complaint naming a proper party defendant. No further extensions will be granted. It is **SO ORDERED**.


                                            JAMES ROBERTSON
                              United States District Judge