UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON
6405 Mellow Wine Way
Columbia, Maryland 21044-6029
PLAINTIFF                                          Civil Action No. 06-108  (JR)

v.

THE DISTRICT OF COLUMBIA
Serve:
THE HONORABLE ANTHONY WILLIAMS
District Building, Suite 419
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Serve:  Attn.  Tabitha Braxton
Office of the Secretary of the District of Columbia
And
OFFICE OF THE ATTORNEY GENERAL
441 Fourth Street, N.W., 600 South
Washington, D.C. 20001
Serve:  Darlene Fields
DEFENDANT

AMENDED COMPLAINT
DISABILITY DISCRIMINATION IN EMPLOYMENT

I. Introduction

1.  This is an action seeking redress for violations of rights guaranteed Plaintiff by the Americans with Disabilities Act (also hereinafter "ADA) 42 U.S.C. Sec. 12101 et seq., Section 504 of the Rehabilitation Act (also hereinafter "Rehab Act"), 29 U.S.C. Sec. 794 and the District of Columbia Human Rights Act (also hereinafter "DCHRA"), 2 DC Code Sec. 1401 et seq.

RECEIVED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. Plaintiff Azeal G. Wilson (hereinafter "Plaintiff"), seeks declaratory, equitable and monetary relief under the Americans with Disabilities Act, Rehabilitation Act and the District of Columbia Human Rights Act as amended, including a declaration that Defendants' past and ongoing refusal to reasonably accommodate her violated each such law, provision of effective reasonable accommodations, including an air conditioner, damages, back pay and benefits, including but not limited to restoration of leave and retirement credit for time she was placed in an AWOL status.

## II. Jurisdiction and Venue

3. Jurisdiction is in this court under 28 U.S.C. Sec. 1331 as there are questions under Federal laws, specifically the Americans with Disabilities Act, 42 U.S.C. Sec. 12101 ET. Seq. and Section 504 of the Rehabilitation Act, 29 U.S.C. Sec. 794. The third cause of action is joined under 28 U.S.C. Sec. 1367. There is supplementary jurisdiction over the claim arising under the District of Columbia Human Rights Act as amended. The third cause of action has a common nucleus of facts with the first two causes of action such that it is so intrinsically related to those claims over which this honorable Court has original jurisdiction as to form part of the same case and controversy.

the events in suit received and currently are receiving federal financial assistance in connection with the operation and maintenance of the school system. At all times relevant to this action Defendants, jointly and severally, caused harm to Plaintiff in the events herein.

10. Clifford Janey is Superintendent of Defendant District of Columbia Public Schools.

### IV. Factual Allegations

11. Plaintiff was assigned to Ballou Senior High School as a counselor in 1993 with her office on the first floor. In the period commencing with the 1999-2000 school year Plaintiff was assigned to the custodians slop closet located on the third floor. Since that time Plaintiff was involuntarily transferred to Eastern Senior High School.

12. Plaintiff's work area and environment is moldy and the floor has carpet. Plaintiff had to purchase an air cleaner, air conditioner and had to bring a dehumidifier from home.

13. Periodically, including but not limited to, between 1993 and 2000 and thereafter Plaintiff requested reasonable accommodations of her employer. Defendants failed to provide accommodations.

## COUNT III
(Violation of the District of Columbia Human Rights Act)

22. Plaintiff reasserts and realleges paragraphs 1-17 herein.

23. Defendents willfully and intentionally, through actions and inactions, discriminated against Plaintiff because of her known disability, degenerative arthritis and allergic asthma, by failing to provide her a safe and healthy work environment, failing to reasonably accommodate her, violated the District of Columbia Human Rights Act, as amended, D.C. Code Sec. 2-1401 et seq.

## JURY TRIAL DEMAND

24. Plaintiff demands a trial by jury in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court issue judgment for the Plaintiff against Defendant as follows:

A. Declare that Defendants violated Plaintiff's rights under the Americans with Disabilities Act, 42 U.S.C. Sec. 12101 et seq.; and

B. Declare that Defendants violated Plaintiff's rights under Section 504 of the Rehabilitation Act, 29 U.S.C. Sec. 794; and

C. Declare that Defendants violated Plaintiff's rights under the District of Columbia Human Rights Act, as amended, 2 D.C. Code Sec. 1401 et seq; and

D. Order Defendants to immediately provide Plaintiff reasonable accommodiations in her office and work environment, including but not limited to a functional heating/cooling system and a clean and healthy work environment.

E. Order Defendants to restore leave Plaintiff was forced to use when denied use of the sick leave bank through the Washington Teachers' Union and give Plaintiff credit towards her retirement for such time;

F. Award Plaintiff compensatory damages in the amount of three million dollars ($3,000,000) as well as reimbursement of all her pecuniary losses and expenses related to the events in suit;

G. Award Plaintiff her attorney fees and costs in connection with this action;

H. Award Plaintiff such other relief as the Court deems just, reasonable, and appropriate to correct the illegality and wrongs done to Plaintiff.

June 14, 2006                              Respectfully submitted,

*Azeal G. Wilson*

Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044
301 596-9409
301 596-9718 FAX

U.S. Department of Justice

Civil Rights Division

DJ# 205-16-0

*Disability Rights Section - NYA*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

OCT 21 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland  21044

    Re:  EEOC Charge Against:  DC Public Schools
        EEOC No.:  100-2000-00350
        DJ#:  205-16-0

Dear Ms. Wilson:

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

    It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC.  <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 12117(a).

-2-

We are returning the files in this matter to EEOC's District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Dana R. Hutter
District Director
Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

Eugenia Esch
Attorney
Disability Rights Section

cc:
DC Public Schools

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON

v.                                    Civil Action No. 06-108 (JR)

DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

I hereby certify that on the 15th of June 2006, a copy of the Amended Complaint-Disability Discrimination in Employment was mailed to the defendant at the following address:

> The Honorable Anthony Williams
> District Building, Suite 419
> 1350 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Serve: Tabitha Braxton

*Azeal G. Wilson*
Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044
301 596-9409
301 596-9718 FAX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON

v.                                                                  Civil Action No. 06-108 (JR)

DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

I hereby certify that on the 15th of June 2006, a copy of the Amended Complaint-Disability Discrimination in Employment was mailed to the defendant at the following address:

> District of Columbia Government
> Office of the Attorney General
> General Litigation Division
> 441 Fourth Street, N.W., 600 South
> Washington, D.C. 20001
> Serve: Darlene Fields

Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044
301 596-9409
301 596-9718 FAX