**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AZEAL G. WILSON,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-0108 (JR)
                                    :
DISTRICT OF COLUMBIA PUBLIC         :
SCHOOLS,                            :
                                    :
        Defendant.                  :

**ORDER**

     Upon a review of the docket, it appears that plaintiff complied with this Court's order of May 24, 2006 and filed her first amended complaint on June 15, 2006. The District has not responded. The Clerk is directed to set an initial scheduling conference.

JAMES ROBERTSON
United States District Judge