UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 06-108 (JR) |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

## DEFENDANT'S MOTION TO DISMISS

Defendant District of Columbia, by and through the Office of the Attorney General, respectfully moves this Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(4). As grounds for this motion, defendant asserts that the District of Columbia has not been served with a summons and complaint and that the deadline for service has expired. Therefore, this lawsuit should be dismissed. A memorandum in support of this motion is attached hereto.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
General Litigation Division

BY:   NICOLE L. LYNCH [471953]
Chief, Section III
General Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9848

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, | : |
| Plaintiff, | : |
| v. | : Case No. 06-108 (JR) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, by and through undersigned counsel, submits this memorandum of points and authorities in support of its motion to dismiss.

I.   PRELIMINARY STATEMENT

On January 20, 2006, plaintiff filed this lawsuit against the District of Columbia Public Schools. On February 17, 2006, the District of Columbia Public Schools moved to dismiss the complaint as it is a non *sui juris* entity. On March 14, 2006, this Court granted the motion to dismiss on behalf of the District of Columbia Public Schools but stayed the dismissal until April 14, 2006, to permit plaintiff to "file and serve an amended complaint naming the District of Columbia as a defendant." On May 18, 2006, plaintiff moved for an extension of time to file and serve an amended complaint. On May 24, 2006, this Court granted plaintiff an extension until June 23, 2006, but stated that no further extensions would be granted. On June 15, 2006, plaintiff filed an amended complaint against the District of Columbia. However, to date, plaintiff has failed to serve the District of Columbia with a summons and complaint.

2

On October 27, 2006, the Court issued an order stating that the plaintiff had filed an amended complaint against the District of Columbia and that the District of Columbia had not responded. The Court also directed the clerk to set a scheduling conference, which has been set for November 9, 2006.

II.  ARGUMENT

Pursuant to Fed. R. Civ. P. 4 (m) plaintiff is beyond the time to serve the District of Columbia. The rule provides that: "if service of the summons and complaint is not made within 120 days after the filing of the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant."

In this case, it has been more than 120 days since the complaint was filed in January 2006, and more than 120 days since the amended complaint was filed on June 15, 2006. More importantly, on May 24, 2006, the Court granted plaintiff her requested extension until June 23, 2006 to file and serve an amended complaint against the District of Columbia. To date, plaintiff has failed to serve her amended complaint on the District of Columbia and therefore, the case should be dismissed. (See docket).

WHEREFORE, Defendant District of Columbia respectfully requests that the complaint be dismissed against it.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


BY:  NICOLE L. LYNCH [471953]
 Chief, Section III
 General Litigation Division
 441 4th Street, N.W.
 Washington, DC 20001
 (202) 442-9848

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AZEAL G. WILSON, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 06-108 (JR) |
| DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, Memorandum in Support, and any response thereto, it is by this Court, this _____ day of _____ 2006,

ORDERED that the motion be, and the same hereby is, GRANTED; and it is,

FURTHER ORDERED that the Complaint against Defendant District of Columbia is hereby dismissed.

_____
Judge James Robertson

Copies to:

Nicole L. Lynch, Esq.

Azeal G. Wilson

5