UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0108 (JR) |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS, | : |
| Defendant. | : |

**ORDER**

Upon consideration of the District of Columbia's motion to dismiss, and of plaintiff's appearance pro se, it is **ORDERED** that plaintiff may have an additional 30 days, to and including December 7, 2006, to effect service upon the District of Columbia and to file proof of service, and it is **FURTHER ORDERED** that the status conference that was set for November 9, 2006, is cancelled.

JAMES ROBERTSON
United States District Judge