UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON

v.                                               1:06CV00108    JR

DISTRICT OF COLUMBIA

AFFIDAVIT OF SERVICE

I, AZEAL G. WILSON, hereby declare that on the <u>28th</u> of <u>November 2006,</u> I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Attorney General for the District of Columbia. Attached hereto is the green card acknowledging service.

RECEIVED

DEC 0 5 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Azeal G. Wilson, Pro se
5405 Mellow Wine Way
Columbia, Maryland 21044
301 596-9409