UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AZEAL G. WILSON

v.                                         1:06CV00108    JR

DISTRICT OF COLUMBIA

AFFIDAVIT OF SERVICE

I, AZEAL G. WILSON, hereby declare that on the 28th of November 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the District of Columbia. Attached hereto is the green card acknowledging service.

Azeal G. Wilson, Pro se
6405 Mellow Wine Way
Columbia, Maryland 21044
301 596-9409