IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-0108 (JR) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION
TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The District of Columbia, by and through undersigned counsel, pursuant Fed. R. Civ. P. 6 (b), hereby moves for an extension of time to respond to plaintiff's Complaint. The District requests a forty (40) day extension until January 31, 2007, to respond to the Complaint. Pursuant to LCvR 7 (m), undersigned counsel telephoned plaintiff on December 15, 2006 and left a massage on her voicemail asking for a return phone call. Also, on December 15, 2006, undersigned counsel also sent a letter to plaintiff with a draft of the Motion, and asked plaintiff to call so the parties could determine if the plaintiff would consent to the Motion. Plaintiff returned the call on December 18, 2006, and gave her consent to this Motion on December 19, 2006.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

1

                     /s/
                     NICOLE L. LYNCH (471953)
                     Chief, General Litigation Section II


                     /s/
                     TONI MICHELLE JACKSON (453765)
                     Assistant Attorney General
                     441 Fourth Street, N.W., Suite 6S052
                     Washington, D.C. 20001
                     (202) 724-6602
                     (202) 727-3625 (fax)
                     E-mail: toni.jackson@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2006, a copy of the foregoing District of Columbia's Consent Motion to Extend Time to Respond to Plaintiff's Complaint, Memorandum of Supporting Points and Authorities and proposed Orders were mailed first-class, postage prepaid to:

                 Azeal G. Wilson
                 6405 Mellow Wine Way
                 Columbia, MD 21044


                     /s/
                     Toni Michelle Jackson
                     Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON,           )<br>                                         )<br>          Plaintiff,            )<br>                                         )<br>     v.                                  )<br>                                         )<br>DISTRICT OF COLUMBIA,  )<br>                                         )<br>          Defendant.         )<br>_____ ) | Civil No.  06-0108 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION
TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

On January 20, 2006, plaintiff filed a Complaint against the District of Columbia Public Schools ("DCPS"), alleging violations of the Americans with Disabilities Act ("ADA"), Rehabilitation Act ("RA"), and D.C. Human Rights Act ("DCHRA"). (Complaint). Specifically, plaintiff alleges that DCPS failed to provide "reasonable accommodations." (Complaint, at p. 2.)

On February 17, 2006, the DCPS moved to dismiss the Complaint as it is a *non sui juris* entity. The Court granted DCPS's Motion on March 14, 2006, and stayed dismissal until April 14, 2006, to permit plaintiff to "file and serve an amended complaint naming the District of Columbia as a defendant."     On October 27, 2006, the Court issued an Order stating that the plaintiff had filed an amended complaint against the District and that the District had not responded. The Court also directed the clerk to set a scheduling conference for November 9, 2006.

On November 3, 2006, the District filed a Motion to Dismiss the plaintiff's Amended Complaint for failure to timely serve the District pursuant to Fed. R. Civ. P. 4(m). On November 6, 2006, the Court cancelled the Initial Scheduling Conference set for November 9, 2006, and gave plaintiff an additional thirty days to serve the District.

On December 6, 2006, plaintiff filed an Affidavit of Service indicating that Ms. Tabatha Braxton, a designee of the Mayor of the District of Columbia, was served with the Summons and Complaint via certified mail on December 1, 2006. However, the signature on the return receipt does not appear to be that of Ms. Braxton, but of a Mr. Alonzo Pierson. Additional time is needed for undersigned counsel to confirm that service of process was properly conducted upon a designee of the Mayor of the District of Columbia.[1]

The District of Columbia also requests this short extension of time to enable undersigned counsel to locate all relevant documents in this case, which will enable the District of Columbia to file a responsive pleading to the Amended Complaint. This investigation includes the District's Freedom of Information Act ("FOIA") request, made on December 12, 2007, to the Equal Employment Opportunity Commission ("EEOC"), which seeks Ms. Wilson's complaint file and all documents responsive to her Amended Complaint.

According to EEOC's FOIA guidelines, the EEOC has twenty (20) business days (excluding weekends and holidays) to respond to the District's FOIA request. Therefore, the District can not expect a response from the EEOC until January 11, 2007. This short extension will not cause any unfair prejudice to any party, and is necessary to ensure a complete and accurate responsive pleading is filed in this matter.

---

[1] The District of Columbia does not concede personal jurisdiction by filing this motion. Moreover, the District

4

Based on the foregoing, and pursuant to Fed. R. Civ. P. 6(b), the District of Columbia respectfully requests an extension of time to respond to the plaintiff's Amended Complaint to January 31, 2007.

                    Respectfully submitted,

                    EUGENE A. ADAMS
                    Interim Attorney General

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    _____/s/_____
                    NICOLE L. LYNCH (471953)
                    Chief, General Litigation Section II


                    _____/s/_____
                    TONI MICHELLE JACKSON (453765)
                    Assistant Attorney General
                    441 Fourth Street, N.W., Suite 6S052
                    Washington, D.C. 20001
                    (202) 724-6602
                    (202) 727-3625 (fax)
                    toni.jackson@dc.gov

---

submits that without proper service of process, there is no personal jurisdiction over it in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZEAL G. WILSON, )<br>)<br>    Plaintiff, )<br>) | Civil No. 06-0108 (JR) |
|     v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>_____ ) | |

### O R D E R

Upon consideration of the District of Columbia's Consent Motion to Extend Time to Respond to Plaintiff's Amended Complaint, the memorandum of points and authorities in support thereof, and the record herein, it is, by this Court this _____day of _____, 200__;

ORDERED: that the Motion is hereby granted; and

ORDERED: that the District of Columbia has until January 31, 2007 to respond to Plaintiff's Complaint.

                                                  _____
                                                  JUDGE JAMES ROBERTSON
                                                  United States District Court

copies to:

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001

Azeal G. Wilson
6405 Mellow Wine Way

Columbia, MD 21044