# EXHIBIT A

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

D.C. Office Of Human Rights/LBD
441 4th Street, N.W.
9th Floor
Washington, D.C. 20001

DATE _02/04/2000_

EEOC CHARGE _100A00350_

FEPA CHARGE _____

SUBJECT: CHARGE TRANSMITTAL

__Wilson, Azeal__    v.   __Dc Public Schools__
   (Charging Party)           (Respondent)

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC       [ ] _____ on _01/27/2000_
                    (Name of FEPA)              (Date of Receipt)

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

   [ ] EEOC requests a waiver         [ ] FEPA waives

   [ ] No waiver requested            [ ] FEPA will investigate the charge initially

Please complete the bottom portion of this form to acknowledge receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

TYPED NAME OF EEOC OR FEPA DIRECTOR | SIGNATURE
Tulio L. Diaz, Director

__Wilson, Azeal__    v.   __Dc Public Schools__
   (Charging Party)           (Respondent)

To whom it may concern:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initally investigate the charge

[X] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicate this agency's intention to dismiss/close/not docket the charge for the following reason:

TYPED NAME OF EEOC OR FEPA DIRECTOR | SIGNATURE
Winona Lake, Acting Assoc Dir

DATE _02-07-00_

TO:  U.S. EEOC
     Washington Field Office
     1400 L Street, N.W., Suite 200
     Washington, D.C. 20005

EEOC CHARGE _100A00350_
FEPA CHARGE _____

EEOC FORM 212 (08/89)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☐ FEPA<br>☐ EEOC | CHARGE NUMBER<br>100A00350 |
|---|---|---|

_____D.C. Office Of Human Rights_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Azeal Wilson | HOME TELEPHONE (Include Area Code)<br>301 596-9409 | |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE<br>6405 Mellow Wine Way, Columbia, Maryland 21044 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME<br>D.C. Public Schools | NUMBER OF EMPLOYEES, MEMBERS<br>more than 15 | TELEPHONE (Include Area Code)<br>442-5635 |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE<br>825 North Captol Street, N.E., 9th Floor, Washington, D.C. 20002 | COUNTY |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☒ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)       LATEST (ALL)
August 24, 1999
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See Attachment

*EEOC WASHINGTON FIELD OFFICE*
*2000 JAN 27 P 3 08*
*1400 L ST NW WASHINGTON D.C. 20005*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I delcare under penalty of perjury that the foregoing is true and correct.

*Azeal M. Wilson*
Date 1-27-2000   Charging Party *(Signature)*

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Rev. 12/93)

*A. W. Jr.*     *1-27-2000*

1. I, Azeal Wilson, have worked for the D.C. Public Schools for 25 years.

2. I suffer from asthma and allergic rhinitis which are physical disabilities.

3. By letter dated August 24, 1999 my physician, Nirumpa B. Rohatgi, M.D., confirmed my long standing disabilities and requested that such disabilities be accommodated by transferring me to a different office or school because the office to which I was assigned was poorly ventilated and exposed me to both mold and dust.

4. I believe the D.C. Public Schools has discriminated against me by not transferring me to accommodate my disability.

5. I believe that the D.C. Public Schools has also retaliated against me because after my attorney wrote the D.C. Public Schools a letter dated October 4, 1999 requesting an accommodation my working conditions have worsened.

6. I believe that I have been discriminated against because of my disabilities and in retaliation denied reasonbale accommodation, in violation of The Americans with Disabilities Act of 1990.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 100A00350 |

D.C. Office Of Human Rights/LBD _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Ms. Azeal Wilson

**HOME TELEPHONE** (Include Area Code)
(301) 596-9409

**STREET ADDRESS** / **CITY, STATE AND ZIP CODE**
6405 Mellow Wine Way, Columbia, MD 21044

**DATE OF BIRTH**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: DC Public Schools
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE** (Include Area Code): (202) 442-4080
**STREET ADDRESS, CITY, STATE AND ZIP CODE**: 825 North Capitol Street, N.E., Personnel Department, Washington
**COUNTY**: 001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST / LATEST: 08/24/1999
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

++++AMENDMENT

Previously I had been parking in one of the two allocated parking slots for the Handicapped, however, management has relocated a big green dumpster in both of these handicapped slots. Despite the union representative's and my repeated requests to management to remove this dumpster, to this present date it has not been done.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

2-9-2000 / *Azeal G. Wilson*
Date / Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (REV. 06/00)