# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

2005 SEP -1 PM 2: 02
NOV 23 2004
DISABILITY RIGHTS
STAFF

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0739 & 419-0701

Ms. Azeal Wilson
6405 Mellow Wine Way
Columbia, Maryland 21044

RE: Azeal Wilson v. D.C. Public Schools
EEOC Charge No: 100-A0-0350

Dear Ms. Wilson:

This is to inform you that the Equal Employment Opportunity Commission (EEOC) has been unable to conciliate the above referenced charge and has therefore discontinued its administrative process. The charge file will now be referred to the U.S. Department of Justice for review to decide whether the U.S. Government will file suit. If the U.S. Department of Justice decides not to file suit, it will issue to you a Notice of Right to Sue that would enable you to file suit in federal district court if you wish to pursue this matter further. If you receive such a Notice of Right to Sue, you must file suit within 90 days of your receipt of the Notice of Right to Sue.

If you have further questions in this matter, you may write to the U.S. Department of Justice at the following address:

U.S. Department of Justice
601 D Street, N.W.
Employment Litigation Section - PHB
Attn: William Fenton, Dept. Chair
Rm. 4902
Washington, DC 20530

Please refer to the charge number and case heading shown above if you write to the U.S. Department of Justice.

Sincerely,

Dana R. Hutter
Acting Director

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## TRANSMITTAL OF EEOC CASE TO THE DEPARTMENT OF JUSTICE

*(The attached charge involves state/local government or political subdivisions, including public educational institutions.)*

| | |
|---|---|
| **TO:** U.S. Department of Justice<br>Employment Litigation Section | **FROM:** *(District name/address)*<br>U.S. Equal Employment Opportunity Comm.<br>1801 L Street, Suite 100<br>Washington, D.C. 20507 |

**THE ATTACHED** [X] **CHARGE** [ ] **THIRD PARTY CHARGE**
**IS REFERRED FOR A DETERMINATION TO SUE PURSUANT TO:**
[X] *Section 706 (f)(1) or* [ ] *Section 706 (f)(2)*

**EEOC CHARGE NUMBER**
100-A0-0350

**NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE ADDRESSED**

Ms. Azeal Wilson
6405 Mellow Wine Way
Columbia, Maryland 21044

**NAME/ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE SENT**

**NAME/ADDRESS OF RESPONDENT(S)**

D.C. Public Schools
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

**DISTRICT DIRECTOR/REGIONAL ATTORNEY RECOMMENDATIONS/REMARKS**

| DATE | TELEPHONE NUMBER *(Use FTS number)* | DISTRICT DIRECTOR *(Typed Name)* | SIGNATURE |
|---|---|---|---|
| | (202) 419-0734 | Dana R. Hutter, Acting Director | *[signed]* Dana R. Hutter |

**FOR DEPARTMENT OF JUSTICE USE**

| DATE EEOC FORM 256 RECEIVED | DATE NOTICE ISSUED TO PARTIES |
|---|---|
| | |

**STATUS**

EEOC Form 256 (10/94)