# EXHIBIT C



**U.S. Department of Justice**

Civil Rights Division

---

DJ# 205-16-0

*Disability Rights Section - NYA*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

OCT 21 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Dana R. Hutter
District Director
Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

    Re: EEOC Charge Against: DC Public Schools
        EEOC No.: 100-2000-00350
        DJ#: 205-16-0

Dear Mr. Hutter:

    We have determined not to file suit on the above charge that was referred to us by the Commission. We have instead issued a right-to-sue notice to the charging party, a copy of which is enclosed. We are returning all files in this case to your office and have informed the charging party of their availability.

                          Sincerely,

                          Eugenia Esch
                          Attorney
                    Disability Rights Section

Enclosures:
    1. Copy of Right to Sue Notice
    2. EEOC File No. 100-2000-00350

*[Stamp: EEOC WASHINGTON FIELD OFFICE, 2005 OCT 25 P 2:25, 1801 L ST NW WASHINGTON D.C. 20507]*

**U.S. Department of Justice**

Civil Rights Division

---

DJ# 205-16-0

*Disability Rights Section - NYA*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

OCT 21 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Azeal G. Wilson
6405 Mellow Wine Way
Columbia, Maryland  21044

    Re:   EEOC Charge Against:  DC Public Schools
         EEOC No.:  100-2000-00350
         DJ#:  205-16-0

Dear Ms. Wilson:

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

    It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC.  <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 12117(a).

-2-

We are returning the files in this matter to EEOC's District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Dana R. Hutter
District Director
Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

*Eugenia Esch*

Eugenia Esch
Attorney
Disability Rights Section

cc:
DC Public Schools