# EXHIBIT G



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Secretary of the District of Columbia



## MEMORANDUM

**TO:** Nadine Wilburn
Assistant Deputy Attorney General
Civil Litigation Division
Office of the DC Attorney General

**FROM:** Patricia Elwood *PE*
Interim Secretary of the District of Columbia

**DATE:** July 20, 2006

**SUBJECT:** Designation of Staff to Handle/ Accept Legal Correspondence (Summons, Subpoenas, Civil Actions)

---

In accordance with Mayor's Order 2004-77, dated May 14, 2004, this memorandum serves to notify the Office of the Attorney General that the employees named below are, herewith, designated to receive legal correspondence on behalf of the Mayor/ Secretary of the District:

- Tabatha Braxton, Staff Assistant, Office of the Secretary
- Arlethia Thompson, Executive Assistant, Office of the Secretary
- Kadesha Washington, Chief of Staff, Office of the Secretary

This memorandum is effective as of July 10, 2006 and supersedes previous designations.

Should you have any questions, please do not hesitate to contact me. I can be reached at (202) 727-6306.

Cc: The Mayor's Correspondence Unit
Len Becker, General Counsel to the Mayor
Lucy Pittman, Assistant Attorney General

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **ORA LEE CHAPMAN,** as Guardian and Next Friend of M.B., a Minor )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et. al.,* )<br>)<br>**Defendants.** )<br>_____ ) | Civil No. 06-7494<br>Judge Judith E. Retchin<br>Next Date: ISC: 01/12/2007 |

**ORDER GRANTING DEFENDANT
DISTRICT OF COLUMBIA'S AMENDED MOTION TO DISMISS**

Upon consideration of the Defendant District of Columbia's Amended Motion to Dismiss, Amended Memorandum of Points and Authorities, any opposition thereto and the record herein, it is by the Court this _____ day of _____, 200_,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the plaintiff's Complaint against the Defendant District of Columbia is HEREBY DISMISSED, without prejudice.

                                                                                  _____
                                                                                  Judge Judith E. Retchin

Copies to:

Toni Michelle Jackson
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

Kay M. Clarke
CLOWER & CLARKE
601 Pennsylvania Avenue, N.W.
The Pennsylvania Suite 205
Washington, DC 20004