# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**AZEAL G. WILSON,**

                  **Plaintiff,**

   **v.**

**DISTRICT OF COLUMBIA,**

                  **Defendant.**

**Civil Action No: 06-0108 (JR)**

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendant District of Columbia (the "District"), through undersigned counsel and pursuant to Fed.R.Civ.P. 12(c), respectfully moves this Honorable Court for judgment in its favor. Plaintiff has not complied with the Court's Order compelling her to answer the defendant's Motion to Dismiss the Plaintiff's Amended Complaint by March 11, 2007. A Memorandum of Points and Authorities in Support of this Motion, and proposed Order, are attached hereto.

Because this is a dispositive motion, the District is not required to seek the plaintiff's consent pursuant to LCvR 7(m).

                  Respectfully Submitted,

                  LINDA SINGER
                  Attorney General for the District of Columbia

                  GEORGE C. VALENTINE
                  Deputy Attorney General
                  Civil Litigation Division

                  _____/s/Nicole Lynch_____
                  NICOLE L. LYNCH [471953]
                  Section Chief

General Litigation, Section II

____/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax:  (202) 727-3625
E-Mail:  toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, I electronically filed the foregoing **DISTRICT OF COLUMBIA'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE** with the Clerk of the Court using the CM/ECF system, and simultaneously mailed a copy, first-class, postage prepaid to:

Azeal G. Wilson
6405 Mellow Wine Way
Columbia, MD 21044

/s/ Toni Michelle Jackson_____
ASSISTANT ATTORNEY GENERAL

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AZEAL G. WILSON,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No: 06-0108 (JR)** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

I.     PRELIMINARY STATEMENT

1. On January 20, 2006, plaintiff filed an Amended Complaint against the District of Columbia Public Schools ("DCPS"), alleging violations of the Americans with Disabilities Act ("ADA"), Rehabilitation Act ("RA"), and D.C. Human Rights Act ("DCHRA"). *See* Complaint, *et. seq.* Specifically, plaintiff alleges that DCPS failed to provide "reasonable accommodations." *Id.* at p. 2.

2. On February 17, 2006, the DCPS moved to dismiss the Complaint as it is a *non sui juris* entity.  The Court granted DCPS's Motion on March 14, 2006, and stayed dismissal until April 14, 2006, to permit plaintiff to "file and *serve* an amended complaint naming the District of Columbia as a defendant."

3. On October 27, 2006, the Court issued an Order stating that the plaintiff had filed an Amended Complaint against the District and that the District had not responded.  The Court also directed the clerk to set a scheduling conference for November 9, 2006.

4. On November 3, 2006, the District filed a Motion to Dismiss the plaintiff's Amended Complaint for failure to timely serve the District pursuant to Fed. R. Civ. P. 4(m).  On November 6, 2006, the Court cancelled the Initial Scheduling Conference set for November 9, 2006, and gave plaintiff an additional thirty days to serve the District.

5. On December 6, 2006, plaintiff filed an Affidavit of Service for the District of Columbia, which states that a copy of the "summons and complaint" was sent via certified mail to the Mayor Anthony Williams at 1350 Pennsylvania Avenue, NW.

6. On January 31, 2007, the District filed a Motion to Dismiss Plaintiff's Amended Complaint.

7. On February 9, 2007, the Court ordered that "plaintiff Azeal Wilson shall respond to defendant's motion to dismiss within 30 days of this order."

8. No other court dates or deadlines are set for this matter.

II.    ARGUMENT

Based on the foregoing, the District is entitled to an Order dismissing plaintiff's case for failure to prosecute.  Despite the Court's Order, plaintiff has refused to respond to the District's Motion to Dismiss Plaintiff's Amended Complaint.

III.    CONCLUSION

For the reasons stated above, defendant respectfully requests an order dismissing plaintiff's Amended Complaint with prejudice for failure to prosecute.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General

2

Civil Litigation Division

_____/s/Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II


_____/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail: toni.jackson@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

**AZEAL G. WILSON,**

                **Plaintiff,**

    **v.**

**DISTRICT OF COLUMBIA,**

                **Defendant.**

**Civil Action No: 06-0108 (JR)**

<u>ORDER</u>

Upon consideration of DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, and the entire record herein, it is this _____ day of March, 2007,

ORDERED, that DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE is hereby GRANTED; and it is,

FURTHER ORDERED, that plaintiffs' Amended Complaint is dismissed, with prejudice.

                        _____

                        JUDGE JAMES ROBERTSON
                        U.S. DISTRICT COURT JUDGE