UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
AZEAL G. WILSON,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 06-0108 (JR)
                                    :
DISTRICT OF COLUMBIA PUBLIC         :
SCHOOLS,                            :
                                    :
        Defendant.                  :
```

**ORDER**

Plaintiff has failed to respond to defendant's motion to dismiss [16], even within the extended time granted by this Court's order of February 9, 2007 [17]. It is accordingly **ORDERED** that defendant's motion to dismiss [16] is **granted as conceded.** This case is dismissed. Defendant's motion to dismiss for failure to prosecute [18] is **held as moot.** This is a final, appealable order.

JAMES ROBERTSON
United States District Judge